IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIDGESTONE BRANDS, LLC, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-4968 |
| | : | |
| PHILADELPHIA MOTORWORLD AUTO SERVICE & TIRE CENTER, INC., *et al.* | : : : | |

## ORDER

**AND NOW,** this 7th day of February 2019, after the Defendants decided to not respond to the Complaint under our January 8, 2019 Order (ECF Doc. No. 15), and considering the parties' joint Response (ECF Doc. No. 17) to our show cause Order (ECF Doc. No. 16) representing they reached a settlement agreement resolving this case but asking us to hold this case open until the parties perform on an agreement, and similar to every other case in which there is a settlement agreement and the parties must then perform consistent with their agreement as with any enforceable contract, it is **ORDERED** the Clerk of Court shall **dismiss** and **close** this case under Local Rule 41.1(b) as the parties have reached a settlement agreement.[1]

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).